# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| MALCOLM ZABAD WASHINGTON, | * |
| | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:21-cv-69 |
| | * |
| v. | * |
| | * |
| DISTRICT ATTORNEY GEORGE BARNHILL, et al., | * |
| | * |
| Defendants. | * |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Plaintiff did not file Objections to this Report and Recommendation, though he did file several "Notices." Dkt. Nos. 12–15. However, these Notices are not responsive to the Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Amended Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed *in*

*forma pauperis* on appeal.

**SO ORDERED,** this 7th day of February, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2