# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Waycross Division

| | |
|---|---|
| MALCOLM ZABAD WASHINIGTON, )<br>)<br>Plaintiff/Appellant, )<br>)<br>v. )<br>)<br>DISTRICT ATTORNEY GEORGE )<br>BARNHILL, et al, )<br>)<br>Defendants/Appellees. ) | 5:21cv069 |

## ORDER

The appeal in the above-styled action having been dismisses by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

This 18 day of July, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA